## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

IN RE:  
Najam Azmat and  
Sameena Azmat

Case No.:05−43506

Debtor(s)

Trustee: Russ Wilkey  
121 West Second Street  
Owensboro, KY 42303  
(270) 685−6000

Chapter:7

# CHAPTER 7 ORDER TO DEBTOR

The above−named debtor shall within 10 days from the date of this order turnover to the trustee, whose name and address appear above, the following documents:

1. All books, records of account, bank books, bank statements and cancelled checks for the 6 months preceding bankruptcy (the last bank statement must show the amount on deposit on the date of bankruptcy);

2. The original or a certified copy of the deed or contract under which the debtor holds title to or any interest in real estate, and certified copies of all recorded mortgages, liens, or encumbrances upon said real estate (these documents may be obtained from the office of the county court clerk of the county in which the real estate is located);

3. Title papers to any motor vehicles, mobile homes, trailers or boats (if original papers have been lost, duplicates must be obtained from the office of the county court clerk of the county in which the vehicles are registered);

4. Certificates of stock, bonds and keys to any safe deposit boxes;

5. Contracts of life or burial insurance;

6. Copies of the debtor's last state and federal income tax returns;

7. Contracts or title papers pertaining to any property of the debtor; and

8. Copies of all notes, security agreements, loan disclosure statements and other documents relating to loan transactions to which the debtor is a party.

Except for surrender of the aforementioned documents to the trustee, the debtor is restrained and enjoined from transferring, abandoning, releasing to creditors, or in any way disposing of property of the estate until further order of the court.

Failure to timely comply with this order will result in the filing of a motion to dismiss the within case.

Counsel for the debtor is responsible for seeing that the debtor complies with this order.

Dated: 10/17/05

ENTERED BY ORDER OF THE COURT  
United States Bankruptcy Court  
D. Robl