**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/03)

Case Number **05–43506**
Judge **David T. Stosberg**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT of Western District of Kentucky

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 10/16/05.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Najam Azmat<br>780 University Circle<br>Madisonville, KY 42431 | Sameena Azmat<br>780 University Circle<br>Madisonville, KY 42431 |
| Case Number:<br>05–43506 | Social Security/Taxpayer ID Nos.:<br>xxx–xx–0882<br>xxx–xx–5053 |
| Attorney for Debtor(s) (name and address):<br>Alan C. Stout<br>Stout Law Office<br>111 W. Bellville<br>P.O. Box 81<br>Marion, KY 42064<br>Telephone number: (270) 965–4600 | Bankruptcy Trustee (name and address):<br>Russ Wilkey<br>121 West Second Street<br>Owensboro, KY 42303<br>Telephone number: (270) 685–6000 |

## Meeting of Creditors:

Date: **February 1, 2006**                    Time: **08:30 AM**
Location: **U.S. Courthouse, 423 Frederica Street, , Owensboro, KY 42301**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 4/2/06**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>450 U.S. Courthouse<br>601 W. Broadway<br>Louisville, KY 40202<br>Telephone number: | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>D. Robl |
| Hours Open: Monday – Friday 8:30 AM – 4:30 PM | Date: 10/17/05 |

## EXPLANATIONS

FORM B9A (9/97)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |

−− Refer to Other Side for Important Deadlines and Notices −−

1. This case may be dismissed without further notice if the schedules are not filed within 15 days from the date the petition was filed.
2. All property of the estate will be deemed abandoned upon the filing of the report of No Distribution (normally at 341 meetings.) The last day for filing an objection to abandonment of property will be 30 days from the 341 meeting date. No property will be deemed abandoned if an objection is filed or notice of assets is given by the Clerk. A motion shall be filed pursuant to local Rule 9.2 should assets exist in the case.

All persons entering the courthouse will be required to present photo ID.

# CERTIFICATE OF SERVICE

```
District/off: 0644-4          User: mprivett              Page 1 of 1              Date Rcvd: Oct 17, 2005
Case: 05-43506                Form ID: 205                Total Served: 24
```

```
The following entities were served by first class mail on Oct 19, 2005.
 db         +Najam Azmat,   780 University Circle,   Madisonville, KY 42431-9194
 jdb        +Sameena Azmat,   780 University Circle,   Madisonville, KY 42431-9194
 aty        +Alan C. Stout,   Stout Law Office,   111 W. Bellville,   P.O. Box 81,   Marion, KY 42064-0081
 tr         +Russ Wilkey,   121 West Second Street,   Owensboro, KY 42303-4112
 smg        +Daviess County Attorney Office,   Room 202,   212 St. Ann St.,   Owensboro, KY 42303-4148
 smg         Division of Unemployment Insurance,   CHR Building, Second Floor East,   Frankfort, Ky  40601
 ust        +Joseph J. Golden,   Office of the U.S. Trustee,   601 W. Broadway #512,
              Louisville, Ky 40202-2229
 3097412     Bank One,   PO Box 5884,   Henderson, NV 89016-0884
 3097413    +Buff & Aesson,   4th Ave. N.,   Ste. 1300,   Nashville, TN 37208-2716
 3097415    +Colson Oil,   PO Box 23200,   Louisville, KY 40223-0200
 3097416     Direct Merchants Bank,   P O Box 22128,   Tulsa, OK 74121-2128
 3097418     Forest City Grocery,   3400 Commerce Rd,   Forrest City, AR 72335
 3097419    +Greg Jenkins,   269 West Main,   Suite 100,   Lexington, KY 40507-1759
 3097420    +HD Hackirly Co. c/o Buff & Aesson,   c/o Buff & Aesson,   4th Ave. N, Ste 1300,
              Nashville, TN 37208-2716
 3097421    +Ken Couch,   118 Vinehill Rd.,   Jackson, TN 38301-9666
 3097422     LNG Co., INC.,   38 Old Hickory,   Jackson, TN 38305
 3097423     MBNA America,   P O Box 15137,   Wilmington, DE 19886-5137
 3097424    +Old National Bank,   130 N. Morgan Street,   Morganfield, KY 42437-1480
 3097425     Prime South Bank,   Waycross, GA 31501
 3097426     Sallie Mae Servicing,   PO Box 9500,   Wilkes Barre, PA 18773-9500
 3097427    +US Bank,   PO Box 790139,   Saint Louis, MO 63179-0139
The following entities were served by electronic transmission on Oct 18, 2005 and receipt of the transmission
 was confirmed on:
 3097411     EDI: CHASE.COM Oct 18 2005 10:08:00      Bank One,   PO Box 15153,   Wilmington, DE 19886-5153
 3097414     EDI: CHASE.COM Oct 18 2005 10:08:00      Chase Platinum Mastercard,   PO Box 52195,
              Phoenix, AZ 85072-2195
 3097417     EDI: FIRSTUSA.COM Oct 18 2005 10:07:00      First USA Bank,   PO Box 94014,
              Palatine, IL 60094-4014
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 19, 2005                    Signature:    *Joseph Speetjens*