# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Najam Azmat and<br>Sameena Azmat | Case No.:05–43506 |
| Debtor(s) | Trustee: Russ Wilkey<br>121 West Second Street<br>Owensboro, KY 42303<br>(270) 685–6000 |
| Chapter:7 | |

# CHAPTER 7 ORDER TO DEBTOR

The above−named debtor shall within 10 days from the date of this order turnover to the trustee, whose name and address appear above, the following documents:

1. All books, records of account, bank books, bank statements and cancelled checks for the 6 months preceding bankruptcy (the last bank statement must show the amount on deposit on the date of bankruptcy);

2. The original or a certified copy of the deed or contract under which the debtor holds title to or any interest in real estate, and certified copies of all recorded mortgages, liens, or encumbrances upon said real estate (these documents may be obtained from the office of the county court clerk of the county in which the real estate is located);

3. Title papers to any motor vehicles, mobile homes, trailers or boats (if original papers have been lost, duplicates must be obtained from the office of the county court clerk of the county in which the vehicles are registered);

4. Certificates of stock, bonds and keys to any safe deposit boxes;

5. Contracts of life or burial insurance;

6. Copies of the debtor's last state and federal income tax returns;

7. Contracts or title papers pertaining to any property of the debtor; and

8. Copies of all notes, security agreements, loan disclosure statements and other documents relating to loan transactions to which the debtor is a party.

Except for surrender of the aforementioned documents to the trustee, the debtor is restrained and enjoined from transferring, abandoning, releasing to creditors, or in any way disposing of property of the estate until further order of the court.

Failure to timely comply with this order will result in the filing of a motion to dismiss the within case.

Counsel for the debtor is responsible for seeing that the debtor complies with this order.

Dated: 10/17/05

ENTERED BY ORDER OF THE COURT
United States Bankruptcy Court
D. Robl

# CERTIFICATE OF SERVICE

```
District/off: 0644-4          User: mprivett           Page 1 of 1              Date Rcvd: Oct 17, 2005
Case: 05-43506                Form ID: 228             Total Served: 3

The following entities were served by first class mail on Oct 19, 2005.
db         +Najam Azmat,    780 University Circle,   Madisonville, KY 42431-9194
jdb        +Sameena Azmat,    780 University Circle,   Madisonville, KY 42431-9194
aty        +Alan C. Stout,    Stout Law Office,   111 W. Bellville,   P.O. Box 81,   Marion, KY 42064-0081

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 19, 2005**          **Signature:** _Joseph Speetjens_