UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN RE:                                            )
                                                  )    **CASE NO. 05-43506**
**NAJAM AZMAT**                                   )
**SAMEENA AZMAT**                                 )
                  **Debtors**                     )

## MOTION TO REJECT EXECUTORY CONTRACT

Comes now the Trustee and moves the Court for authorization to reject the Debtors' lease with Couch Investments, LLC, 118 Vine Hill Road, Jackson, TN 38301 for the lease of improved real estate located at 1819 Highway 45 By-Pass, Jackson, Tennessee, 2112 Highway 70 East, Jackson, Tennessee and 307 Williams Street, Jackson, Tennessee. The Trustee requests that he be authorized to reject the above mentioned lease which expires on March 31, 2008.

Respectfully submitted this the 7th day of November, 2005.

/s/_____
Russ Wilkey, Trustee
121 West Second Street
Owensboro, KY 42301
(270) 685-6000

CERTIFICATE OF SERVICE

This is to certify that on the 7th day of November, 2005, I served a copy of the foregoing by first-class mail, postage prepaid, on all parties entitled to service who are not deemed to have consented to electronic service as required pursuant to L.B.R. 6.8 (W.D. Ky.)

/s/_____
Russ Wilkey

S:\apps\BANKRUPTCY TEE\Undetermined Cases\AZMAT, NAJAM & SAMEENA 05-43506\motion to reject lease.wpd