UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
| ) | **CASE NO. 05-43506** |
| **NAJAM AZMAT** ) | |
| **SAMEENA AZMAT** ) | |
| **Debtors** ) | |

_____

**ORDER AUTHORIZING TRUSTEE TO
REJECT EXECUTORY CONTRACT**
_____

Upon Motion of the Trustee and the Court being sufficiently advised,

IT IS HEREBY ORDERED the Trustee is authorized to reject the Debtors' lease with Couch Investments, LLC, 118 Vine Hill Road, Jackson, TN 38301 for the lease of retail space located at 1819 Highway 45 By-Pass, Jackson, Tennessee, 2112 Highway 70 East, Jackson, Tennessee and 307 Williams Street, Jackson, Tennessee.