Wells Fargo Bank, N.A.
BDD-Bankruptcy
PO BOX 53476
Phoenix, AZ 85072
Phone: 888-715-4315 ext. 32005
Fax: 602-528-9258

## United States Bankruptcy Court

__Louisville__ DISTRICT OF __Kentucky__

IN RE:                                     ) Case No.: 05-43506
                                           )
Najam and Sameena Azmat                    )
                                           ) CREDITOR (S) NOTICE OF REQUEST
                                           ) FOR NOTICE OR CHANGE OF ADDRESS
                                           ) CHAPTER ✓ 7 __ 11 __ 12 __ 13
                                           )
                                           )
Debtor (s)                                 )
                                           )

To the United States Bankruptcy Court:

Notice is hereby given of creditor(s) notice of (check one)

__✓__ REQUEST FOR NOTICE UNDER RULE 2002

_____ CHANGE OF ADDRESS OF SCHEDULE "A" CREDITOR

_____ CHANGE OF ADDRESS OF CLAIMED CREDITOR

CLAIM #_____ FILED_____

Creditor name:

Wells Fargo Bank, N.A.
BDD-Bankruptcy
PO BOX 53476
Phoenix, AZ 85072
Phone: 888-715-4315 x 35002
Fax: 602-528-9258

Date:   11/9/05

Tammy Davis
Wells Fargo Bank, N.A.