UNITED STATES BANKRUPTCY COURT
DISTRICT of Western District of Kentucky

FILED
US BANKR COURT CLERK
WEST'N DIST KENTUCKY
05 DEC -7 AM 8:59

| | |
|---|---|
| In the Matter of ) | |
| ) | |
| NAJAM and SAMEENA AZMAT ) | |
| ) | |
| Debtors ) | CASE # 05-343506 |

## NOTICE OF APPEARANCE

COMES NOW, the Creditor, Couch Investments, LLC and states that it is a creditor of the above referenced debtors and intends to file a claim in this matter, when appropriate and, by and through counsel, and gives notice of the Appearance of William H. Shackelford, Jr. as counsel in this matter on its behalf.

The Creditor's name and address is as follows:

Couch Investments, LLC
118 Vine Hill Road
Jackson, Tennessee 38301
Tele # 731-427-9254
facsimile # 731-423-2099

_____
William H. Shackelford, Jr.
Attorney for Couch Investments, LLC
Suite B, 2273 North Highland Ave
Jackson, Tennessee 38305
731-664-9977
Tennessee BPR # 008989

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the aforementioned Notice of Appearance was served on **Mr. Alan C. Stout**, Attorney for the Debtors at 111 West Bellville, P. O. Box 81, Marion, KY 42064 and **Mr. Russ Wilkey**, the U. S. Bankruptcy Trustee at 121 West Second Street, Ownesboro, KY 42303 on this 5th day of December 2005 by prepaid mail.

_____
William H. Shackelford, Jr.