200533072
(rh)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

| | |
|---|---|
| IN RE: | Case No. 05-43506 |
| Najam Azmat<br>Sameena Azmat | Chapter 7 |
| Debtors | Chief Judge Stosberg |
| | **MOTION OF BANK ONE, N.A. TO MODIFY THE AUTOMATIC STAY AND FOR ABANDONMENT OF PROPERTY (PROPERTY LOCATED AT 780 UNIVERSITY CIRCLE, MADISONVILLE, KY 42431)** |

Bank One, N.A., a secured creditor herein, for its Motion to modify the automatic stay imposed by Section 362 of the Bankruptcy Code and for the Trustee to abandon all interest in the subject real property hereby states as follows:

1. Movant is the holder of a promissory note and a mortgage on certain real property owned by the debtors known as 780 University Circle, Madisonville, KY 42431, and its mortgage was timely and properly filed for record in the Hopkins County Clerk's Office.

2. The total balance due is $283,869.08 plus interest from December 20, 2005 at 6.30 percent per annum.

3. Old National Bank has or may have or claims an interest herein, by virtue of a mortgage upon which the approximate amount due

is $185,185.06; Bank One has or may have or claims an interest herin, by virtue of a mortgage upon which the approximate amount due is 51,000.00.

4. The estimated value of the collateral is $300,000.00. This valuation is based upon Debtors' Schedule "D".

5. Debtors claimed an exemption in the property of $26,900.00.

6. The fair market value of the property is less than the amount of liens on the property plus the debtors' exemptions, if any.

7. The Trustee has or may have or claims an interest herein which interest Movant prays be abandoned.

8. There is no equity in the property and it is not necessary to an effective reorganization.

9. Movant incorporates herein by reference the debtors' schedules.

10. A copy of the proof of claim filed in this case by Movant, along with copies of the mortgage establishing the Movant's perfected security interest in the above-described collateral is attached hereto.

WHEREFORE, Movant prays that the automatic stay imposed by 11 U.S.C. § 362 be modified and that the Trustee's interest be abandoned pursuant to 11 U.S.C. § 554, Bankruptcy Rule 6007(b) and L.B.R. (W.D.Ky.) 9.2, so as to permit Movant to proceed with its state court remedies.

/S/   Michael H. Schlueter
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
P. O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 241-3100 ext. 3420
(513) 354-6464 fax
wkybk@lsrlaw.com

**NOTICE**

You are hereby notified that any response to the foregoing Motion must be filed within fifteen (15) days of the date of the filing of this Motion. If no response is filed, the requested relief will be granted.

/S/   Michael H. Schlueter

## CERTIFICATE OF SERVICE

  This is to certify that a true and exact copy of the foregoing Motion to Modify The Automatic Stay and for Abandonment of Property, filed by the secured creditor, Bank One, N.A., has been duly served upon those listed below, including all known lienholders as indicated on the debtors' schedules, via first class mail, postage prepaid, or via electronic filing this 19th day of December 2005:

Najam Azmat
780 University Circle
Madisonville, KY 42431

Sameena Azmat
780 University Circle
Madisonville, KY 42431

Hon. Alan C. Stout
Stout Law Office
111 West Bellville
PO Box 81
Marion, KY 42064

Russ Wilkey, Trustee
121 West Second Street
Owensboro, KY 42303

Old National Bank
130 N. Morgan Street
Morganfield, KY 42437

Bank One
Chase
PO Box 9001008
Louisville, KY 40290

Joseph J. Golden, US Trustee
Office of the U.S. Trustee
601 W. Broadway #512
Louisville, KY 40202

        /S/ Michael H. Schlueter