200533072
(rh)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

IN RE:

Najam Azmat
Sameena Azmat

Debtors

Case No. 05-43506

Chapter 7

Chief Judge Stosberg

**ORDER GRANTING MOTION OF BANK ONE, N.A. TO MODIFY THE AUTOMATIC STAY AND FOR ABANDONMENT OF PROPERTY (PROPERTY ADDRESS: 780 UNIVERSITY CIRCLE, MADISONVILLE, KY 42431)**

This matter is before the Court upon the Motion To Modify the Automatic Stay and for Abandonment of Property filed herein by the secured creditor, Bank One, N.A., and it appearing to the Court that the debtors, Debtors' counsel, the Trustee and any lienholders were served with a copy of said Motion as indicated on the Certificate of Service attached to said Motion, and it further appearing that no timely response to said Motion has been filed; and it further appearing that Movant's Motion is well taken; accordingly

IT IS ORDERED THAT the automatic stay imposed by Section 362 of the Bankruptcy Code shall be, and hereby is modified in all respects as against the said Movant, its successors and assigns, and that the Trustee's interest in the subject real property is abandoned, so as to permit Movant to proceed with its state court remedies.

## CERTIFICATE OF SERVICE

This is to certify that a true and exact copy of the foregoing Order Granting Motion to Modify The Automatic Stay and for Abandonment of Property, filed by the secured creditor, Bank One, N.A., has been duly served upon those listed below, including all known lienholders as indicated on the debtors' schedules, via first class mail, postage prepaid, or via electronic filing this 19th day of December 2005:

Najam Azmat
780 University Circle
Madisonville, KY 42431

Sameena Azmat
780 University Circle
Madisonville, KY 42431

Hon. Alan C. Stout
Stout Law Office
111 West Bellville
PO Box 81
Marion, KY 42064

Russ Wilkey, Trustee
121 West Second Street
Owensboro, KY 42303

Old National Bank
130 N. Morgan Street
Morganfield, KY 42437

Bank One
Chase
PO Box 9001008
Louisville, KY 40290

Joseph J. Golden, US Trustee
Office of the U.S. Trustee
601 W. Broadway #512
Louisville, KY 40202

/s/ Michael H. Schlueter