200533072
(rh)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

IN RE:

Najam Azmat
Sameena Azmat

Debtors

Case No. 05-43506

Chapter 7

Chief Judge Stosberg

**ORDER GRANTING MOTION OF BANK ONE, N.A. TO MODIFY THE AUTOMATIC STAY AND FOR ABANDONMENT OF PROPERTY (PROPERTY ADDRESS: 780 UNIVERSITY CIRCLE, MADISONVILLE, KY 42431)**

This matter is before the Court upon the Motion To Modify the Automatic Stay and for Abandonment of Property filed herein by the secured creditor, Bank One, N.A., and it appearing to the Court that the debtors, Debtors' counsel, the Trustee and any lienholders were served with a copy of said Motion as indicated on the Certificate of Service attached to said Motion, and it further appearing that no timely response to said Motion has been filed; and it further appearing that Movant's Motion is well taken; accordingly

IT IS ORDERED THAT the automatic stay imposed by Section 362 of the Bankruptcy Code shall be, and hereby is modified in all respects as against the said Movant, its successors and assigns, and that the Trustee's interest in the subject real property is abandoned, so as to permit Movant to proceed with its state court remedies.