200533072
(jao)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

| | |
|---|---|
| IN RE:<br><br>Najam Azmat<br>Sameena Azmat<br>    Debtors | Case No. 05-43506<br><br>Chapter 7<br><br>Chief Judge Stosberg<br><br>**WITHDRAWAL OF POC #3 OF BANK ONE, N.A. (PROPERTY LOCATED AT 780 UNIVERSITY CIRCLE, MADISONVILLE, KY 42431)** |

   Now comes Bank One, N.A., and hereby withdraws it's Proof of Claim as reflected as Pacer entry #3 on the Claims Register as this filing is a duplicate of Claim #2.

/s/ Joel K. Jensen, Case Attorney
Bar Registration No. #0029302
LERNER, SAMPSON & ROTHFUSS
Attorneys for Bank One, N.A.
P. O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 241-3100 ext. 3349
(513) 354-6464 fax
wkybk@lsrlaw.com

<u>CERTIFICATE OF SERVICE</u>

    This is to certify that a true and exact copy of the foregoing was duly served upon those listed below, at the addresses listed below; by ordinary U.S. mail, postage prepaid or via electronic mailing, this 17th day of January, 2006:

Najam Azmat
780 University Circle
Madisonville, KY 42431

Sameena Azmat
780 University Circle
Madisonville, KY 42431

Hon. Alan C. Stout
Stout Law Office
111 West Bellville
PO Box 81
Marion, KY 42064

Russ Wilkey, Trustee
121 West Second Street
Owensboro, KY 42303

Old National Bank
130 N. Morgan Street
Morganfield, KY 42437

Bank One
Chase
PO Box 9001008
Louisville, KY 40290

Joseph J. Golden, US Trustee
Office of the U.S. Trustee
601 W. Broadway #512
Louisville, KY 40202

                                          <u>/s/ Joel K. Jensen, Esq.</u>