WWR#05014452

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF KENTUCKY AT OWENSBORO

| | |
|---|---|
| IN RE: | CASE NO. 05-43506 |
| NAJAM AZMAT | CHAPTER 7 |
| SAMEENA AZMAT | JUDGE STOSBERG |
| DEBTORS | |

### U.S. BANK, N.A.'S
### MOTION FOR RELIEF FROM STAY
### AND ABANDONMENT
### AS TO 2003 CHEVROLET SUBURBAN

Now comes, U.S. BANK, N.A., secured Creditor in the above captioned proceeding, and pursuant to 11 U.S.C. § 362(d), moves this Court for an order terminating the stay and abandoning personal property to enable Creditor to recover and dispose of its collateral: 2003 CHEVROLET SUBURBAN. Support for this Motion is set forth in the following Memorandum. Movant further requests that the stay remains terminated in the event the debtor converts to a different chapter under the Bankruptcy Code. Movant further requests that any order granting this motion also removes the provision for the ten (10) day stay permitted by Rule 4001(a).

WELTMAN, WEINBERG & REIS CO, L.P.A.

*[signature]*

Jeannette M. Conrad, (89748) (24581-31)
John L. Day, Jr., (17328) (0003734)
Attorney for Creditor
525 Vine Street, Suite 800
Cincinnati, OH 45202
(513) 723-2200, Ext. 82209

## MEMORANDUM

1. Jurisdiction over this matter is vested in this Court by virtue of 28 U.S.C Section 1334(b) and the general order of reference previously entered in this district.

2. This is a core proceeding under 28 U.S.C Section 157(b)(2)(G).

3. On January 28, 2003, Najam and Sameena Azmat executed one Retail Installment Contract for the purchase of the following: 2003 CHEVROLET SUBURBAN. Supporting loan documentation and Certificate of Title are attached hereto and made a part hereof.

4. As of the October 16, 2005, Debtors were obligated to U.S. BANK, N.A. on said obligation in the amount of $24,635.15. Debtors have not made the required payments and the account is overdue and in default.

5. Secured Creditor would like to exercise its right to accelerate the balance due on this obligation, to repossess its collateral, sell the collateral, and apply the net proceeds to this obligation.

6. The NADA value of said vehicle $25,325.00. There is no equity in the collateral for unsecured creditors.

7. A copy of Movant's proof of claim is attached hereto.

WHEREFORE, for the reasons stated herein, U.S. BANK, N.A. respectfully requests that this Court terminate the stay as to 2003 CHEVROLET SUBURBAN and as to U.S. BANK, N.A. to permit secured creditor, its successors and assigns, to accelerate its balance due and exercise its contractual and state law remedies, including repossession of the collateral or foreclosure of the subject mortgage.

Movant further requests that an order be issued wherein the trustee's interest in the subject collateral is abandoned. Movant requests further that the stay remain terminated in the event the debtor converts to a different chapter under the Bankruptcy Code.

WELTMAN, WEINBERG & REIS CO., L.P.A.

Jeannette M. Conrad, (89748) (24581-31)
John L. Day, Jr., (17328) (0003734)
Attorney for Creditor

Acct. No. 510285339

## NOTICE

Please take notice that unless a party in interest, within 15 days from the date of this motion, files a response to the motion and a request for and notice of hearing on such response, the enclosed order will be tendered to the Court and may be entered without a hearing on the motion.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion for relief from stay has been sent this 26th day of January, 2006 by ordinary mail or by electronic or email notification to the following:

Alan C. Stout
111 W. Bellville, PO Box 81
Marion, KY 42064

SAMEENA AZMAT
NAJAM AZMAT
780 University Circle
Madisonville, KY 42431

Russ L. Wilkey, Trustee
121 West Second Street
Owensboro, KY 42303

Office of the U. S. Trustee
601 West Broadway, Suite 512
Louisville, KY 40202

Jeannette M. Conrad, (89748) (24581-31)
John L. Day, Jr., (17328) (0003734)

WWR#05014452

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY AT OWENSBORO

| IN RE: | CASE NO. 05-43506 |
|---|---|
| NAJAM AZMAT | CHAPTER 7 |
| SAMEENA AZMAT | JUDGE STOSBERG |
| DEBTORS | |

NOTICE OF MOTION AND OPPORTUNITY TO OBJECT TO
U.S. BANK, N.A.'S
MOTION FOR RELIEF FROM STAY AND ABANDONMENT
AS TO 2003 CHEVROLET SUBURBAN

U.S. BANK, N.A., a secured creditor in the above-captioned case, has filed a Motion for Relief from Stay and abandonment, asking the Court for an order terminating the stay and abandoning property to enable Creditor to take possession of its collateral and otherwise exercise its contractual and state law rights as to the following personal property: 2003 CHEVROLET SUBURBAN [Acct. No. 510285339 / WWR#05014452].

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the motion or if you want the Court to consider your views on the motion, **then on or before fifteen (15) days of the date on the attached Certificate of Service, you or your attorney must:**

1. File with the court a written request for a hearing, or if the court requires a written response, an answer, explaining your position at:

US Bankruptcy Court
Western District of Kentucky
601 W. Broadway
546 US Courthouse
Louisville, KY 40202

If you mail your request or response, you must mail it early enough so that it will be received by the date it is due.

2. You must also mail a copy of your objection to :

Jeannette M. Conrad
John L. Day, Jr.
Weltman, Weinberg & Reis Co., L.P.A.
525 Vine Street, Suite 800
Cincinnati, OH 45202

SAMEENA AZMAT
NAJAM AZMAT
780 University Circle
Madisonville, KY 42431

Russ L. Wilkey, Trustee
121 West Second Street
Owensboro, KY  42303

Alan C. Stout
111 W. Bellville, PO Box 81
Marion, KY 42064

Office of the U. S. Trustee
601 West Broadway, Suite 512
Louisville, KY  40202

If you do not file an objection by the date it is due, the court may grant the relief requested without holding a hearing. If you do file an objection, the court will set the motion for hearing, which you or your attorney will be expected to attend.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

                                        WELTMAN, WEINBERG & REIS, CO., L.P.A.

                                        Jeannette M. Conrad, (89748) (24581-31)
                                        John L. Day, Jr., (17328) (0003734)
                                        Attorney for Creditor
                                        525 Vine Street, Suite 800
                                        Cincinnati, OH 45202
                                        (513) 723-2200, Ext. 82209

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Motion and Opportunity to Object to Motion for Relief from Stay and abandonment has been served this 26th day of January, 2006, via first class U.S. Mail with proper postage affixed thereto.

Alan C. Stout, Esq.
111 W. Bellville, PO Box 81
Marion, KY 42064

SAMEENA AZMAT
NAJAM AZMAT
780 University Circle
Madisonville, KY 42431

Russ L. Wilkey, Trustee
121 West Second Street
Owensboro, KY 42303

Office of the U. S. Trustee
601 West Broadway, Suite 512
Louisville, KY 40202

All Creditors on the attach mailing matrix

Jeannette M. Conrad, (89748) (24581-31)
John L. Day, Jr., (17328) (0003734)

Account No.: 510285339