WWR#05014452

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY AT OWENSBORO

| IN RE: | CASE NO. 05-43506 |
|---|---|
| NAJAM AZMAT | CHAPTER 7 |
| SAMEENA AZMAT | JUDGE STOSBERG |
| DEBTORS | |

ORDER GRANTING U.S. BANK, N.A.'S
MOTION FOR RELIEF FROM STAY
AND ABANDONMENT AS TO
2003 CHEVROLET SUBURBAN

For good cause shown, U.S. BANK, N.A.'s Motion for Relief from Stay herein is granted. The Court finds that U.S. BANK, N.A. filed a motion herein in which it requested relief pursuant to 11 U.S.C. § 362 so that the Creditor may accelerate its debt, repossess its collateral, and otherwise pursue its contractual and state law remedies.

Therefore, pursuant to 11 U.S.C. § 362, it is ORDERED that the stay which issued herein be and is terminated with respect to U.S. BANK, N.A., its successors and assigns, and with respect to 2003 CHEVROLET SUBURBAN It is further ordered that the Trustee's interest in the collateral is abandoned. The stay shall remain terminated in the event the debtor converts to a different chapter under the Bankruptcy Code. It is further ordered that the ten- (10) day stay provided in Rule 4001(a) is waived.

Jeannette M. Conrad, (89748) (24581-31)
John L. Day, Jr., (17328) (0003734)
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Creditor
525 Vine Street, Suite 800
Cincinnati, Ohio 45202
(513) 723-2200, Ext. 82209

Account No. 510285339

**Distribution List:**

Jeanette M. Conrad, Esq.
John L. Day, Jr., Esq.
Weltman, Weinberg & Reis Co., L.P.A.
525 Vine Street, Suite 800
Cincinnati, OH 45202

Alan C. Stout
111 W. Bellville, PO Box 81
Marion, KY 42064

SAMEENA AZMAT
NAJAM AZMAT
780 University Circle
Madisonville, KY 42431

Russ L. Wilkey, Trustee
121 West Second Street
Owensboro, KY 42303

U. S. Trustee
601 West Broadway, Suite 512
Louisville, KY 40202