UNITED STATES BANKRUPTCY COURT
IN THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| NAJAM AZMAT | ) | CASE NO. 05-43506 |
| SAMEENA AZMAT | ) | |
| | ) | CHAPTER 7 |
| DEBTORS | ) | |
| _____ | ) | |

## ORDER TERMINATING AUTOMATIC STAY

This matter having come before the Court upon the motion of JPMorgan Chase Bank, N.A., successor by merger to Bank One, N.A., successor by merger to Bank One, Kentucky, N.A. ("Chase"), and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

1.      The automatic stay imposed by 11 U.S.C. §362 is hereby terminated with respect to the real property located at 517 Savannah Drive, Elizabethtown, Kentucky, to wit:

**BEING LOT NO. THREE (3), SECTION 4 OF HELMWOOD ESTATES AS PER PLAT OF SAME RECORDED IN PLAT SHEET 279B, IN THE HARDIN COUNTY CLERK'S OFFICE.**

**BEING THE SAME CONVEYED TO NAJAM AZMAT AND SAMEENA AZMAT, HUSBAND AND WIFE, BY DEED FROM KB PROPERTIES, LLC, A KENTUCKY LIMITED LIABILITY COMPANY, DATED OCTOBER 12, 2004, RECORDED IN DEED BOOK 1131, PAGE 519, IN THE OFFICE OF THE CLERK OF THE COUNTY COURT OF HARDIN COUNTY, KENTUCKY.**

(the "Property") and Chase is hereby permitted to exercise its state law remedies to enforce its interest in said Property; and

      2.      The Property and Collateral are hereby abandoned, the same having no or inconsequential value to the estate; and

      3.      The applicability of B.R. 4001(a)(3) is hereby waived.

SO ORDERED THIS _____ DAY OF _____, 2006

_____
JUDGE, U.S. BANKRUPTCY COURT

Copies to:

Anthony Raluy
Foley, Bryant & Holloway
500 West Jefferson Street, Suite 2450
Louisville, Kentucky 40202

Alan C. Stout
Stout Law Office
111 W. Bellville
P.O. Box 81
Marion, Kentucky 42064

Russ Wilkey
121 West Second Street
Owensboro, Kentucky 42303

Najam Azmat
Sameena Azmat
780 University Circle
Madisonville, Kentucky 42431