Form B18 (Official Form 18)(10/05)

# United States Bankruptcy Court

Western District of Kentucky

Case No. **05−43506**

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Najam Azmat  
780 University Circle  
Madisonville, KY 42431

Sameena Azmat  
780 University Circle  
Madisonville, KY 42431

Social Security No.:  
xxx−xx−0882

xxx−xx−5053

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 4/4/06

David T. Stosberg  
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (10/05)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (Applies to cases filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans. (Applies to cases filed on or after October 17, 2005.)

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0644-4              User: admin                  Page 1 of 1                  Date Rcvd: Apr 04, 2006
Case: 05-43506                    Form ID: 213                 Total Served: 28

The following entities were served by first class mail on Apr 06, 2006.
db         +Najam Azmat,    780 University Circle,    Madisonville, KY 42431-9194
jdb        +Sameena Azmat,    780 University Circle,    Madisonville, KY 42431-9194
aty        +William H. Shackelford, Jr.,    Suite B, 2273 North Highland Avenue,    Jackson, TN 38305-4909
smg        +Daviess County Attorney Office,    Room 202,    212 St. Ann St.,    Owensboro, KY 42303-4148
smg         Division of Unemployment Insurance,    CHR Building, Second Floor East,    Frankfort, Ky 40601
cr         +JPMorgan Chase Bank, N.A.,    c/o Anthony Raluy,    Foley Bryant & Holloway,
             500 West Jefferson Street, Suite 2450,    Louisville, KY 40202-2812
3097412     Bank One,    PO Box 5884,    Henderson, NV 89016-0884
3097413    +Buff & Aesson,    4th Ave. N.,    Ste. 1300,    Nashville, TN 37208-2716
3097415    +Colson Oil,    PO Box 23200,    Louisville, KY 40223-0200
3147240     Coulson Oil Company, Inc.,    c/o Lloyd & McDaniel, PLC,    PO Box 23200,
             Louisville, KY  40223-0200
3097416     Direct Merchants Bank,    P O Box 22128,    Tulsa, OK 74121-2128
3097418    +Forest City Grocery,    3400 Commerce Rd,    Forrest City, AR 72335-9513
3097419    +Greg Jenkins,    269 West Main,    Suite 100,    Lexington, KY 40507-1759
3097420    +HD Hackirly Co. c/o Buff & Aesson,    c/o Buff & Aesson,    4th Ave. N, Ste 1300,
             Nashville, TN 37208-2716
3110248     JP Morgan Chase Bank, N.A.,    PO Box 182223,    Columbus, OH 43218-2223
3163654    +JPMorgan Chase Bank, N.A.,    c/o Shari Bumgardner,    P.O. Box 29550,    Phoenix, Arizona 85038-9550
3097421    +Ken Couch,    118 Vinehill Rd.,    Jackson, TN 38301-9666
3097422     LNG Co., INC.,    38 Old Hickory,    Jackson, TN 38305
3097423     MBNA America,    P O Box 15137,    Wilmington, DE 19886-5137
3147975    +OLD NATIONAL BANK,    ATTN: CHARLIE GOEBEL,    P.O. BOX 3862,    EVANSVILLE, IN 47737-3862
3097424    +Old National Bank,    130 N. Morgan Street,    Morganfield, KY 42437-1480
3097425     Prime South Bank,    Waycross, GA 31501
3097426     Sallie Mae Servicing,    PO Box 9500,    Wilkes Barre, PA 18773-9500
3097427   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
            (address filed with court:   US Bank,    PO Box 790139,    Saint Louis, MO 63179-0139)
3114720    +Wells Fargo Bank, NA,    BDD-Bankruptcy,    P.O. Box 53476,    Phoenix, AZ 85072-3476

The following entities were served by electronic transmission on Apr 04, 2006 and receipt of the transmission
was confirmed on:
3097411     EDI: CHASE.COM Apr 04 2006 19:49:00     Bank One,    PO Box 15153,    Wilmington, DE 19886-5153
3097414     EDI: CHASE.COM Apr 04 2006 19:49:00     Chase Platinum Mastercard,    PO Box 52195,
             Phoenix, AZ 85072-2195
3097417     EDI: FIRSTUSA.COM Apr 04 2006 19:49:00     First USA Bank,    PO Box 94014,
             Palatine, IL 60094-4014
3114720    +EDI: WFFC.COM Apr 04 2006 19:49:00     Wells Fargo Bank, NA,    BDD-Bankruptcy,    P.O. Box 53476,
             Phoenix, AZ 85072-3476
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Bank One, N.A.
cr          Couch Investments, LLC
cr          US Bank, NA
cr          Wells Fargo Bank
3144080     Bank One, N.A.
                                                                                              TOTALS: 5, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 06, 2006**              **Signature:** _Joseph Speetjens_